**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
|     Plaintiff, ) | Case No.  07-04062M-001-PCT-MEA |
| ) | TEMPORARY DETENTION ORDER |
| vs. ) | |
| ) | |
| Rene Robert Montoya, ) | |
|     Defendant. ) | |
| ) | |

Defendant appeared in court with counsel. Pursuant to 18 U.S.C. §3141 et seq. a detention hearing was held. The court has determined that defendant should be released from custody on conditions, one of which is placement at BSSW in Phoenix, Arizona. The court has been informed that BSSW will accept defendant for placement once bed space becomes available.

Therefore, IT IS ORDERED the defendant remain in custody pending the availability of bed space at BSSW at which time defendant be released from custody at a bag and baggage hearing in Phoenix, Arizona on the conditions previously imposed by this court.

DATED this 19th day of March, 2007.

_Mark E. Aspey_
Mark E. Aspey
United States Magistrate Judge